In the Matter of RICHARD R. S. CARROLL, an attorney-at-law.

May 4, 1964. Name of respondent stricken from roll of attorneys at law. Opinion reported at 42 *N. J.* 248.

In the Matter of FELIX FORLENZA, an attorney-at-law.

June 17, 1964. Resignation of respondent accepted.

In the Matter of MARTIN L. BLATT, an attorney-at-law.

June 23, 1964. Respondent reprimanded. Opinion reported at 42 *N. J.* 522.